DAVID J. GRECH
DGRECH@GRSM.COM



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GRSM.COM

March 31, 2022

**VIA ECF**
The Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

    Re:    *Contreras v. SureFire, LLC*
             Case No. 1:22-cv-00009-KPF

Dear Judge Failla:

    We represent defendant SureFire, LLC in this case, and we write, pursuant to Rule 2.D. of Your Honor's Individual Rules of Practice in Civil Cases and with Plaintiff's counsel's consent, to respectfully request an extension of time for SureFire to answer, move, or otherwise respond to the Complaint.

    We respectfully submit that an extension of thirty (30) days to May 2, 2022 for SureFire to respond to the Complaint is warranted to allow additional time for the parties to continue their negotiations toward an amicable resolution that would obviate the need for further intervention by the Court.  This represents SureFire's third request for an extension of time to respond to the Complaint.  The previous requests, also upon consent, were granted by the Court.  As this requested extension would affect another scheduled date, specifically April 22, 2022 for the initial pretrial conference with the Court, we respectfully and with consent also request an attendant adjournment of the initial pretrial conference for approximately thirty (30) days, subject to the Court's calendar.  This represents the first request for an adjournment of the initial pretrial conference.

Hon. Katherine Polk Failla, U.S.D.J.
U.S. District Court, S.D.N.Y.
March 31, 2022
Page 2 of 2

    We appreciate the Court's attention to this matter and are available at the Court's convenience should it have any questions.

    Respectfully Submitted,

    GORDON REES
    SCULLY MANSUKHANI, LLP

    /s/ David J. Grech
    David J. Grech

To: All counsel of record (via ECF)
Cc: Chambers (via email)

```
Application GRANTED.  Defendant's deadline to answer, move, or
otherwise respond to the Complaint is hereby extended to May 2,
2022.  The initial pretrial conference scheduled for April 22,
2022, is hereby ADJOURNED to May 24, 2022, at 3:00 p.m.

The Clerk of Court is directed to terminate the pending motion
at docket number 12.

Dated:    April 4, 2022              SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE